Brad J. Husen, Esq.    SBN: 143525
Jacob C. Husen, Esq.   SBN: 323587
LAW OFFICES OF BRAD HUSEN
2200 Vesper Circle, Suite F-7
Corona, CA 92879-3519
Tel.:   (951) 272-5757
Fax:   (951) 279-0105
OFFICE@HUSENLAW.COM

Attorney for Plaintiff, KAYLYNN GRAVINA

UNITED STATES DISTRICT COURT

for the

Central District of California

Eastern Division

| | |
|---|---|
| KAYLYNN GRAVINA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendants. | Case No.:<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

**COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE**
**(28 U.S.C. § 2674)**

I.  **The Parties to This Complaint**

   A.  **The Plaintiff**

       Name:              Kaylynn Gravina

       Street Address:    4022 Inverness Drive

       City and County:   Corona - Riverside

       State and Zip Code: California - 92883

       Telephone Number:  725-400-6523

       E-mail Address:    klynnlaca@yahoo.com

COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE

1

B. **The Defendant(s)**

Defendant No. 1

Name: UNITED STATES POSTAL SERVICE

Job or Title *(if known)*

Street Address: 1720 Market Street, Room 2400

City and County: St. Louis – N/A

State and Zip Code: MO – 63155-9948

Telephone Number: 800- 275-8777

E-mail Address *(if known)*

**II.   Basis for Jurisdiction**

28 U.S.C. § 2674

**A. The Plaintiff(s)**

1. If the plaintiff is an individual

The plaintiff, Kaylynn is a citizen of the State of California

**B. The Defendant(s)**

1. Defendant is the United States Government – specifically the United States Postal Service

**C. The Amount in Controversy**

The amount in controversy is estimated at $250,000.00, inclusive of past and future medical expenses, as well as general damages.

**III.   Statement of Claim**

Plaintiff was injured when she slipped and fell while in the post office due to a clear liquid on the floor that made the floor unreasonably slippery. Defendant negligently owned, maintained, managed and operated the described premises and allowed the dangerous condition to exist which caused Plaintiff's injuries and damages. Plaintiff is informed and believes and, on

COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE

that basis, alleges that defendant had knowledge of the dangerous condition, but failed to remedy the dangerous condition. Further, defendant failed to warn plaintiff of the dangerous condition.

IV. **Relief**

Plaintiff seeks compensatory damages, including past and future medical expenses and general damages, in an amount estimated at $250,000.00, but according to proof.

**V. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Date of signing: 11/24/21

Signature of Attorney: _____

Brad J. Husen, Esq.   SBN: 143525
Jacob C. Husen, Esq.   SBN: 323587
LAW OFFICES OF BRAD HUSEN
2200 Vesper Circle, Suite F-7
Corona, CA 92879-3519
Tel.:  (951) 272-5757
Fax:  (951) 279-0105
OFFICE@HUSENLAW.COM